**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 15-cr-00142-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    FRANKLIN HERNANDEZ-CRUZ,

    Defendant.

_____

## ORDER SETTING CHANGE OF PLEA AND SENTENCING HEARING
_____

Pursuant to the Notice of Disposition (ECF No. 16) and Unopposed Motion for Immediate Sentencing (ECF No. 17) filed on June 17, 2015, a Change of Plea and Sentencing Hearing are set for **July 15, 2015**, at **1:30 p.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: ([Moore_Chambers@cod.uscourts.gov](mailto:Moore_Chambers@cod.uscourts.gov)) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **July 7, 2015**, at 9:00 a.m. and the **two-day** jury trial scheduled for **July 13, 2015**, at 9:00 a.m. are VACATED.

Dated this 24th day of June, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge