**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 15-cr-00142-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      FRANKLIN HERNANDEZ-CRUZ,

      Defendant.

_____

**ORDER RE-SETTING CHANGE OF PLEA AND SENTENCING HEARING**
_____

This matter comes before the Court sua sponte. The Change of Plea and Sentencing Hearing currently set for **July 15, 2015**, at **1:30 p.m.** is RESET for **July 29, 2015 at 11:00 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission

of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

Dated this 7th day of July, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge